DANIEL J. BRODERICK, #89424
Federal Defender
SAMYA BURNEY, #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMANDA SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>AMANDA SULLIVAN,<br><br>    *Defendant.* | NO. 1:11-cr-00424 DLB<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER<br><br>Date: May 17, 2012<br>Time: 10:00 a.m.<br>Magistrate Judge: Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Special Assistant United States Attorney Andrew Gradman, counsel for plaintiff, and Federal Defender's Office Staff Attorney Samya Burney, counsel for defendant, Amanda Sullivan, that the hearing currently set in this matter for July 26, 2012 at 10:00 a.m., **may be advanced and rescheduled to May 17, 2012 at 10:00 a.m.**, for a change of plea. The parties have come to an agreement to resolve the case. The government wants to expedite the change of plea, and Ms. Sullivan and her counsel have no objection.

///
///
///
///
///

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: May 8, 2012 | | /s/ Andrew Gradman<br>ANDREW L. GRADMAN<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: May 8, 2012 | | /s/ Samya Burney<br>SAMYA BURNEY<br>Staff Attorney<br>Attorney for Defendant<br>Amanda Sullivan |

**ORDER**

IT IS SO ORDERED.

**Dated:   May 10, 2012**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE